PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.

THE WEST SHORE RAILROAD COMPANY ET AL., APPEL-LANTS, v. THE BOARD OF PUBLIC UTILITY COMMIS-SIONERS OF THE STATE OF NEW JERSEY ET AL. (PUBLIC SERVICE CO-ORDINATED TRANSPORT), RE-SPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Wall, Haight, Carey & Hartpence.*

For the respondents, *John A. Bernhard, William H. Speer* and *Charles S. Straw.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.